UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:24-CR-00044-DCLC-CRW |
| | ) | |
| v. | ) | |
| | ) | |
| AMANDA STANTON FELLERS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Magistrate Judge Cynthia R. Wyrick filed a report and recommendation [Doc. 35] recommending that the Court: accept Defendant's plea of guilty to the lesser included offense of Count One of the Indictment, that is conspiracy to distribute 5 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B); adjudicate Defendant guilty of the lesser included offense of Count One of the Indictment; and find that the Defendant should remain in custody until sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 35] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's plea of guilty to the lesser included offense of Count One of the Indictment, that is, conspiracy to distribute 5 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B), is **ACCEPTED**;

(2)     Defendant is hereby **ADJUDGED** guilty of the lesser included offense of Count One of the Indictment; and

(3)     Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled for **February 27, 2025, at 10:00 a.m.** in Greeneville before the undersigned.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge